

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00343-CR

---

JOSEPH WILLIAM COX, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 33rd District Court
San Saba County, Texas
Trial Court No. 5841, Honorable Evan C. Stubbs, Presiding

---

November 8, 2023

## MEMORANDUM OPINION

### Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Joseph William Cox, appeals from the trial court's judgment adjudicating him guilty of aggravated kidnapping[1] and sentencing him to eighteen years' confinement.[2] Pending before this Court is Appellant's motion to voluntarily dismiss the appeal. As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by

---

[1] *See* TEX. PENAL CODE ANN. § 20.04.

[2] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

Appellant and his attorney.  As no decision of the Court has been delivered, the motion is granted and the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.